

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00294-CR

Michael Lemone **ROBERTS**,
Appellant

v.

**The STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 526617
Honorable Susan Elizabeth Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2019.

_____
Patricia O. Alvarez, Justice